UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUTCHI GAYOT,
Plaintiff,

v.

THE CITY OF NEW YORK, JOHN DOE NYPD OFFICERS 1–10, P.O. SKOVRANOVA DENISA (Tax #969371), P.O. MONTROSS BRIAN (Tax #946523), SGT. BELLANTONIO ROB (Tax #948651), SGT. TIMOTHY FROHBERG (Tax #952753), P.O. KEVIN O'CONNOR (Tax #966742), SGT. RORY HERON (Tax #944078), and P.O. B. LONGO (Tax #Unknown),
Defendants.

Case No. _____

**CV 25-3760**

DeARCY HALL, J.
KUO, M.J.

RECEIVED
JUL 10 2025
PRO SE OFFICE

**COMPLAINT**
**(Jury Trial Demanded)**

REC'D IN PRO SE OFFICE
JUL 10 '25 PM 1:14

### PRELIMINARY STATEMENT

1. This is a civil rights action brought under 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the United States Constitution. Plaintiff seeks damages and equitable relief arising from the unlawful eviction, ongoing deprivation of property, and related constitutional violations committed by the New York City Police Department (NYPD) and the City of New York.

### JURISDICTION AND VENUE

2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as all events giving rise to the claims occurred in Kings County, New York.

### PARTIES

4. Plaintiff Lutchi Gayot is the legal owner of 2819 Snyder Avenue, Brooklyn, New York, which Plaintiff lawfully owned and occupied at the time of the unlawful seizure described

REC'D IN PRO SE OFFICE
JUL 10 '25 PM 1:14

herein.

5. Defendant the City of New York is a municipal corporation responsible for the policies, practices, and oversight of the NYPD.

6. Defendants John Doe NYPD Officers 1–10 are unidentified members of the NYPD who participated in the conduct alleged herein.

7. Defendants Police Officer Skovranova Denisa (Tax #969371), Police Officer Montross Brian (Tax #946523), Sergeant Bellantonio Rob (Tax #948651), Sergeant Timothy Frohberg (Tax #952753), Police Officer Kevin O'Connor (Tax #966742), Sergeant Rory Heron (Tax #944078), and Police Officer B. Longo (Tax #Unknown) are NYPD officers involved in the May 2022, June 10, 2022, and July 13, 2022 incidents described below.

## FACTUAL BACKGROUND

8. Plaintiff filed a police report on May 19, 2022, warning of misconduct and harassment by Oscar Rodriguez. The NYPD took no meaningful action in response to this complaint.

9. On June 10, 2022, Plaintiff was unlawfully evicted from his property by NYPD officers acting without a court order and at the direction of two private citizens, Oscar Rodriguez and Milly Jane Doe.

10. On that date, NYPD officers also directed Plaintiff's short-term guests to file false grand larceny reports against him, despite Plaintiff's ownership of the property and valid contractual agreements with those guests through Airbnb.

11. On July 13, 2022, after Plaintiff returned to the property with his mother, NYPD officers again refused to restore possession to Plaintiff. Although they partially acknowledged wrongdoing, they permitted Oscar Rodriguez and Milly Jane Doe to retain possession and declared them to be the owners without legal authority.

12. Plaintiff filed a police report prior to these events, on May 19, 2022, warning of Rodriguez's misconduct. The NYPD ignored these warnings and instead facilitated the unlawful seizure of Plaintiff's property on June 10th, 2022.

13. The NYPD filed reports falsely portraying the events as involving only private disputes, omitting their own role in aiding the unlawful eviction on June 10th, 2022.

14. The private individuals remain in unlawful possession of the property due to NYPD's actions and inactions.

15. These events caused continuing harm to Plaintiff's liberty, property rights, reputation, and physical safety.

16. Even if Plaintiff is restored to possession following court intervention, the constitutional violations and resulting damages have already occurred and remain actionable.

## CAUSES OF ACTION

### Count I – 42 U.S.C. § 1983: Fourth and Fourteenth Amendment Violations

17. Plaintiff repeats and realleges all prior paragraphs.

18. Defendants, acting under color of state law, unlawfully seized Plaintiff's property and deprived him of due process.

### Count II – 42 U.S.C. § 1983: Retaliation and Abuse of Process

19. Defendants solicited and weaponized false complaints against Plaintiff in retaliation for asserting his property rights.

### Count III – Monell Claim Against the City of New York

20. The City of New York, through customs, policies, or practices, caused or permitted the constitutional violations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(a) Award compensatory and punitive damages;

(b) Grant injunctive relief restoring possession of the premises;

(c) Issue a declaratory judgment that Defendants violated Plaintiff's constitutional rights;

(d) Award attorneys' fees and costs under 42 U.S.C. § 1988;

(e) Grant such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues so triable.

Dated: July 10, 2025
Brooklyn, New York

Respectfully submitted,

/s/ Lutchi Gayot
**Lutchi Gayot**
2819 Snyder Avenue
Brooklyn, NY 11226
Phone: (917) 674-9329
Email: lutchi22@gmail.com
Pro Se Plaintiff

**SUMMONS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUTCHI GAYOT,
Plaintiff,

v.

THE CITY OF NEW YORK, JOHN DOE NYPD OFFICERS 1–10, P.O. SKOVRANOVA DENISA (Tax #969371), P.O. MONTROSS BRIAN (Tax #946523), SGT. BELLANTONIO ROB (Tax #948651), SGT. TIMOTHY FROHBERG (Tax #952753), P.O. KEVIN O'CONNOR (Tax #966742), SGT. RORY HERON (Tax #944078), and P.O. B. LONGO (Tax #Unknown),
Defendants.

Case No. _____

**SUMMONS IN A CIVIL ACTION**

To: The City of New York
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

*[handwritten: this Address is for All the Defendants]*

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) ... you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

(Full AO 440 form text would be completed by the Clerk upon filing.)